**Motion Granted and Order filed December 2, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00963-CV

———————

## IN RE ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 87242-CV**

## ORDER

On November 30, 2016, relator Allstate County Mutual Insurance Company filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Patrick Sebesta, Judge of the 239th District Court, in Brazoria County, Texas, to vacate the portion his order dated November 23, 2016, denying the motion to abate the proceedings on the extra-contractual claims entered in trial

court number 87242-CV, styled *Alexa St. Julian v. Allstate County Mutual Insurance Company*, and grant the motion to abate those proceedings.

Relator has also filed a motion for temporary stay of the proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On November 30, 2016, relator asked this court to stay discovery of the extra-contractual claims in the trial court, pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all discovery related to the extra-contractual claims in trial court cause number 87242-CV, *Alexa St. Julian v. Allstate County Mutual Insurance Company,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party-in-interest to file a response to the petition for writ of mandamus on or before December 16, 2016**.** *See* Tex. R. App. P. 52.4.

PER CURIAM